476 A.2d 63

Commonwealth v. Sims, Jr., Appellant.

Argued October 27, 1983. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Timothy J. Lucas, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence vacated and the matter is remanded for resentencing. Jurisdiction relinquished.

476 A.2d 64

Commonwealth v. Stanazek, Appellant.

Submitted June 17, 1983. Benjamin Lerner, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

Order affirmed.